IN THE SUPREME COURT OF THE STATE OF DELAWARE

VICTOR DUGAN,[1]  § 
 § No. 340, 2018
   Respondent Below,  § 
   Appellant,  § Court Below—Family Court
 § of the State of Delaware in and for
   v.  § New Castle County
 § 
REBECCA M. COCKRAN,  § File No. CN17-01171
 § Petition No. 17-02912
   Petitioner Below,  § 
   Appellee.  § 
 § 

Submitted:   September 11, 2018
Decided:   September 14, 2018

## ORDER

On August 14, 2018, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the filing fee. The notice was returned to the Court with a notation that delivery could not be completed because the mail receptacle was blocked. On August 29, 2018, the notice to show cause was re-sent by first class mail. The notice has not been returned to the Court and the appellant has not responded to the notice or paid the filing fee. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice

2